UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
MAX LUC PICARD,

Case No.: 19-29038  
Chapter: 7  
Judge: CMG

### NOTICE OF PROPOSED ABANDONMENT

_____Bunce D. Atkinson_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable _____Christine M. Gravelle_____ on _____December 17, 2019_____ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 11 Albert Drive, Old Bridge, NJ 08857 ($284,490.00)

Liens on property:
Old Bridge Municipal Authority-PO Box 1006, South Amboy, NJ 08879 ($1,576.51)
Select Portfolio Servicing-c/o KML Law Group, 216 Haddon Ave, Ste 406, Collingswood, NJ 08108 ($351,492.82)

Amount of equity claimed as exempt: $21,073.00

Objections must be served on, and requests for additional information directed to:

Name:        Bunce D. Atkinson, Esq.
Address:     PO Box 8415, Red Bank, NJ 07701
Telephone No.: 732-530-5300

*rev.8/1/15*

```
                                    United States Bankruptcy Court
                                         District of New Jersey
In re:                                                                            Case No. 19-29038-CMG
Max Luc Picard                                                                    Chapter 7
         Debtor
                                         CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                  Page 1 of 3          Date Rcvd: Nov 14, 2019
                               Form ID: pdf905              Total Noticed: 96


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2019.
db            +Max Luc Picard,    11 Albert Drive,    Old Bridge, NJ 08857-2529
cr            +Old Bridge Municipal Utilities Authority,     c/o Joel R. Glucksman, Esq.,
                Scarinci & Hollenbeck, LLC,    1100 Valley Brook Avenue,
                Scarinci & Hollenbeck, LLC, 1100 Valley,    Lyndhurst, NJ 07071-3620
518500274      Alliance One Receivables,    PO Box 11641,    Tacoma, WA 98411-6641
518500275     #+Alltran Financial, LP,    PO Box 610,    Sauk Rapids, MN 56379-0610
518500276     +Arrow Financial Services,    5996 W. Toughy Ave.,    Niles, IL 60714-4610
518500278     +Bank of New York,    P. O. Box 748,    Harrison, NY 10528-0748
518500281     +CACV of Colorodo,    c/o Northland Group Inc,    PO Box 390846,    Minneapolis, MN 55439-0846
518500282      Capital One,    P.O. Box 85105,    Boston, MA 02205
518500283     +Capital One Bank,    Lyons, Doughty & Veldhuis, PC,     136 Gaither Drive, Suite 100,
                PO Box 1269,    Mount Laurel, NJ 08054-7269
518500284     +Capital One Bank,    c/o Goldman & Warshaw PC,    PO Box 2500,    Caldwell, NJ 07007-2500
518500286      Capital One Services,    c/o James West,    11111 Harwin Drive,    Houston, TX 77072-1612
518500290     +Commerce Bank,    1101 Hooper Avenue,    Toms River, NJ 08753-8324
518500295     +CubeSmart,    3464 US 9,    Freehold, NJ 07728-8569
518500294     +CubeSmart,    c/o Joseph Mann & Creed,    20600Chargrin Blvd, Suite 550,
                Beachwood, OH 44122-5340
518500297     +Discover,    co Fein, Such, Kahn & Shepard, P.C.,    7 Century Drive Suite 201,
                Parsippany, NJ 07054-4609
518500299     +Eder Flag Manufacturing,    Vogel and Gast, Esq.,    10 Johnston Road,    PO Box 7067,
                Plainfield, NJ 07069-0799
518500301     +FBCS,    330 S Warminster Road,    Suite 353,    Hatboro, PA 19040-3433
518500313    ++FORSTER & GARBUS LLP,    60 VANDERBILT MOTOR PARKWAY,    P O BOX 9030,    COMMACK NY 11725-9030
              (address filed with court: Forster Garbus & Garbus,     60 Motor Parkway,
                Commack, NY 11725-5710)
518500304     +First PREMIER Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
518500302     +First PREMIER Bank,    Attn: Bankruptcy,    Po Box 5524,    Sioux Falls, SD 57117-5524
518500305     +First PREMIER Bank,    co LVNV Funding,    P.O. Box 740821,    Houston, TX 77274-0821
518500306     +First PREMIER Bank,    co FBCS,    330 S. Warminster Rd Suite 353,    Hatboro, PA 19040-3433
518500307     +First PREMIER Bank,    co Niagara Credit Soultions, Inc.,     1212 Abbot Road Suite D,
                Buffalo, NY 14218-1900
518500309     +First Premier Bank,    601 S. Minnesota Ave.,    Sioux Falls, SD 57104-4868
518500310     +First Premier Bank,    Nations Recovery Center Inc,    Po Box 620130,    Atlanta, GA 30362-2130
518500311      First Premiere,    co Arrow Financial Services, LLC,    Forster Garbus & Garbus,
                60 Motor Parkway,    Commack, NY 11725-5710
518500312     +First Premiere Bank,    P.O. box 5519,    Sioux Falls, SD 57117-5519
518500315     +Goldman & Warshaw PC,    PO Box 2500,    Caldwell, NJ 07007-2500
518500316     +Green Frazier & Hampton,    4164 N Dupont Highway,    Suite 12,    Dover, DE 19901-1573
518500319     +Kenneth G. Timmons,    Krevsky, Silber & Bergen,    123 North Union Ave., Suite 202,    PO Box 99,
                Cranford, NJ 07016-0099
518500321     +Laridian Consulting, LLC,    577 Hamburg Turnpike,    Wayne, NJ 07470-2042
518500322     +Middlesex County Sheriff's Office,    Foreclosure Dept,    701 Livingston Avenue,
                New Brunswick, NJ 08901-3345
518500323      Nations Recovery Center, Inc,    PO Box 620130,    Atlanta, GA 30362-2130
518500325     +Niagara Credit Soultions, Inc.,    1212 Abbot Road,    Suite D,    Buffalo, NY 14218-1900
518500326     +Old Bridge Municipal Authority,    PO Box 1006,    South Amboy, NJ 08879-4006
518516203     +Old Bridge Municipal Utilities Authority,    Joel Glucksman, Scarinci & Hollenbeck, L,
                1100 Valley Brook Ave., PO Box 790,    Lyndhurst, NJ 07071-0790
518500327      Optimum,    co Convergent Outsourcing, Inc,    PO Box 9004,    Renton, WA 98057-9004
518500343      PSE&G Co.,    PO Box 14444,    New Brunswick, NJ 08906-4444
518500329      Pinnacle Financial Group,    7825 Wahington Avenue S,    Suite 410,    Minneapolis, MN 55439-2409
518500331     +Portfolio Recovery Associates,    c/o Apothaker & Associates,     520 Fellowship Road C306,
                Mount Laurel, NJ 08054-3410
518500333     +Premier Bank Card,    c/o Tate & Kirlin Associates,    2810 Southampton Road,
                Philadelphia, PA 19154-1207
518500334      Premier Bank Card,    c/o NCC,    120 N Keyser Avenue,    Scranton, PA 18504-9701
518500335     +Premier Bank Card,    c/o Arrow Financial Services,    5996 W Touhy Ave,    Niles, IL 60714-4610
518500336     +Premier Bank Card Inc,    P.O. Box 129,    Thorofare, NJ 08086-0129
518500337     +Progressive Ins,    co Caine & Weiner,    5805 Sepulveda Blvd,    Attn: Bankruptcy,
                Sherman Oaks, CA 91411-2546
518500338     +Progressive Ins,    co Caine & Weiner,    Po Box 55848,    Sherman Oaks, CA 91413-0848
518500339     +Progressive Insurance,    PO Box 31260,    Tampa, FL 33631-3260
518500340      Providian,    PO Box 99604,    Arlington, TX 76096-9604
518500342      Providian National Bank,    c/o Washington Mutual,    P.O. Box 83004,    Baltimore, MD 21283
518500344      Public Service Electric & Gas Co,    PO Box 163250,    Columbus, OH 43216-3250
518500345      Quill,    PO Box 94081,    Palatine, IL 60094-4081
518500346     +RMS,    260 E Wentworth Avenue,    Saint Paul, MN 55118-3523
518500347     +Select Portfolio Servicing,    c/o KML Law Group,    216 Haddon Ave Ste 406,
                Collingswood, NJ 08108-2812
518500349     +Select Portfolio Servicing, Inc,    co Phelan Hallinan & Diamond & Jones, Pc,
                400 Fellowhsip Road Suite 100,    Mount Laurel, NJ 08054-3437
518500352      State of  New Jersey,    Department of Treasury,    P. O. Box 002,    Trenton, NJ 08625-0002
518500353      TSTS Total Debt Management, Inc,    PO Box 6700,    Norcross, GA 30091-6700
```

```
District/off: 0312-3          User: admin                Page 2 of 3              Date Rcvd: Nov 14, 2019
                              Form ID: pdf905            Total Noticed: 96

518500359      Violations Processing Center,   PO Box 15186,   Albany, NY 12212-5186
518500360      Vonage,   c/o EOS CCA,   PO Box 329,   Norwell, MA 02061-0329
518500361      Vonage,   916 S. 14th St.,   Dauphin, PA 17018
518500362      Washington Mutual,   PO Box 99604,   TX 76069-9604
518500363     +Worldzen Collection and Recovery LLC,   Dept 718,   PO Box 4115,   Concord, CA 94524-4115
518500364      Yellow Book Sales,   40 Richards Ave,   Norwalk, CT 06854-2319
518500365     +Yellowbook Sales,   c/o Slater & Tengalia Fritz & Hunt,   301 3rd Street,
                Ocean City, NJ 08226-4007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 15 2019 00:20:43     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 15 2019 00:20:40     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
518500277      E-mail/Text: g20956@att.com Nov 15 2019 00:21:13     AT&T,   PO Box 6463,
                Carol Stream, IL 60197-6463
518500280     +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 15 2019 00:25:24
                CACV of Colorado, LLC,   370 17th Street, Suite 5000,   Denver, CO 80202-5616
518500287      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 15 2019 00:27:57     Capital One Services,
                PO Box 85520,   Richmond, VA 23286-9175
518500279      E-mail/Text: bcwrtoff@cablevision.com Nov 15 2019 00:21:22     Cablevision,   PO Box 371897,
                Pittsburgh, PA 15250-7897
518500285      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 15 2019 00:26:25     Capital One Bank,
                PO Box 70884,   Charlotte, NC 28272-0884
518500288      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 15 2019 00:20:16     Comenity-Lane Bryant,
                PO Box 659728,   San Antonio, TX 78265-9728
518500289      E-mail/Text: bankruptcydepartment@tsico.com Nov 15 2019 00:21:17     Commerce Bank,
                c/o NCO Financial Systems,   PO Box 15740,   Wilmington, DE 19850-5740
518500291     +E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 15 2019 00:21:22
                Credit Collection Services,   725 Canton Street,   Norwood, MA 02062-2679
518500293     +E-mail/PDF: creditonebknotifications@resurgent.com Nov 15 2019 00:26:35     Credit One Bank,
                Po Box 98872,   Las Vegas, NV 89193-8872
518500292     +E-mail/PDF: creditonebknotifications@resurgent.com Nov 15 2019 00:25:13     Credit One Bank,
                Attn: Bankruptcy Department,   Po Box 98873,   Las Vegas, NV 89193-8873
518500298      E-mail/Text: mrdiscen@discover.com Nov 15 2019 00:19:37     Discover,   P.O. Box 6011,
                Dover, DE 19903
518500300      E-mail/Text: bknotice@ercbpo.com Nov 15 2019 00:20:46     Enhanced Recovery Corporation,
                8014 Bayberry Road,   Jacksonville, FL 32256-7412
518500303     +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 15 2019 00:25:23     First Premier Bank,
                c/o LVNV Funding,   PO Box 10497,   Greenville, SC 29603-0497
518500308      E-mail/Text: bnc@alltran.com Nov 15 2019 00:19:39     First Premier Bank,
                c/o Alltran Financial LP,   PO Box 722929,   Houston, TX 77272-2929
518500314     +E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 15 2019 00:21:22     Geico,
                co Credit Collection Services,   725 Canton Street,   Norwood, MA 02062-2679
518500317     +E-mail/Text: bkynotice@harvardcollect.com Nov 15 2019 00:21:35
                Harvard Collection Services, Inc,   4839 N Elston Avenue,   Chicago, IL 60630-2589
518500318      E-mail/Text: cio.bncmail@irs.gov Nov 15 2019 00:19:57     Internal Revenue Service,
                Special Procedures,   Bankruptcy Section,   P.O. Box 724,   Springfield, NJ 07081
518500320      E-mail/Text: bncnotices@becket-lee.com Nov 15 2019 00:19:42     Kohls Payment Center,
                P.O. Box 2983,   Milwaukee, WI 53201-2983
518500324      E-mail/Text: bankruptcydepartment@tsico.com Nov 15 2019 00:21:17     NCO Financial Systems,
                PO Box 15740,   Wilmington, DE 19850-5740
518500328     +E-mail/Text: bcwrtoff@cablevision.com Nov 15 2019 00:21:22     Optimum,   1501 18th Ave.,
                Belmar, NJ 07719-3721
518500330      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2019 00:25:12
                Portfolio Recovery Associates,   PO Box 12914,   Norfolk, VA 23541
518500332      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2019 00:25:13
                Portfolio Recovery Associates,   Riverside Commerce Center,   120 Corporate Blvd Ste,
                Norfolk, VA 23502-4962
518500341     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2019 00:25:12
                Providian National Bank,   c/o Portfolio Recovery Assoc.,   P.O. Box 12914,
                Norfolk, VA 23541-0914
518500348     +E-mail/Text: jennifer.chacon@spservicing.com Nov 15 2019 00:21:31
                Select Portfolio Servicing, Inc,   Po Box 65250,   Salt Lake City, UT 84165-0250
518500351     +E-mail/Text: home.fss-bankruptcy.934c00@statefarm.com Nov 15 2019 00:20:53
                State Farm Insurance,   100 State FArm Place,   Ballston Spa, NY 12020-3722
518500350      E-mail/Text: home.fss-bankruptcy.934c00@statefarm.com Nov 15 2019 00:20:53
                State Farm Insurance,   P. O. Box 830854,   Birmingham, AL 35283-0854
518500355     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 15 2019 00:15:04
                Verizon,   Verizon Wireless Bk Admin,   500 Technology Dr Ste 550,
                Weldon Springs, MO 63304-2225
518500356     +E-mail/Text: bkynotice@harvardcollect.com Nov 15 2019 00:21:35     Verizon,
                c/o Harvard Collection Services,   4839 N. Elston Avenue,   Chicago, IL 60630-2534
518500354      E-mail/Text: bankruptcydpt@mcmcg.com Nov 15 2019 00:20:39     Verizon,
                c/o Midland Credit Management, Inc,   PO Box 60578,   Los Angeles, CA 90060-0578
518500358     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 15 2019 00:15:04
                Verizon,   500 Technology Dr,   Weldon Spring, MO 63304-2225
518500357     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 15 2019 00:15:04
                Verizon,   P.O. Box 4833,   Trenton, NJ 08650-4833
```

```
District/off: 0312-3             User: admin             Page 3 of 3             Date Rcvd: Nov 14, 2019
                                 Form ID: pdf905         Total Noticed: 96
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
                                                                                                TOTAL: 33

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518500296     ##+Deily, Mooney & Glastetter, LLP,    8 Thurlow Terrace,    Albany, NY 12203-1006
                                                                                  TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2019 at the address(es) listed below:
```
              Bunce Atkinson    on behalf of Trustee Bunce  Atkinson bunceatkinson@aol.com,  NJ09@ecfcbis.com,
               maraujo@atkinsondebartolo.org
              Bunce Atkinson    bunceatkinson@aol.com,   NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
              Jill  Manzo    on behalf of Creditor   Select Portfolio Servicing, Inc., as servicer for THE BANK
               OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK,
               N.A., AS TRUSTEE FOR BEAR STEARNS ASSET BACKED S bankruptcy@feinsuch.com
              Joel R. Glucksman    on behalf of Creditor   Old Bridge Municipal Utilities Authority
               jglucksman@sh-law.com,   rjoyce@sh-law.com
              Kevin Gordon McDonald    on behalf of Creditor   The Bank of New York Mellon, f/k/a The Bank of
               New York, as successor Trustee Et Al... kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Debtor Max Luc Picard bkwoliver@aol.com,
               R59915@notify.bestcase.com
                                                                                                 TOTAL: 7
```