UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

William H. Oliver, Jr.
2240 Route 33, Ste. 112
Neptune, NJ 07753
732-988-1500
Attorney for Debtor(s)

Order Filed on November 26, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

MAX LUC PICARD

| | |
|---|---|
| Case Number: | 19-29038 |
| Hearing Date: | 11-26-19 @ 10AM |
| Judge: | CMG |
| Chapter: | 7 |

Recommended Local Form:   ☑ Followed   ☐ Modified

## ORDER TO AVOID LIEN(S) IN A CHAPTER 7 CASE
## PURSUANT TO 11 U.S.C. § 522(f)

The relief set forth on the following page is **ORDERED**.

**DATED: November 26, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter was presented to the Court by the debtor on a Motion to Avoid Judicial lien(s) on the property described as _____11 Albert Drive, Old Bridge, NJ 08857_____,
and it is hereby
Block 15524 / Lot 18

ORDERED that the following judicial lien(s) is (are) avoided (list liens):

1.   State of New Jersey / Judgment No.  DJ-152389-2003

2.   Capital One Bank ; Judgment No.  DJ-265099-2006

3.   Yellow Book Sales ; Judgment No.  DJ-049960-2009

and it is hereby

ORDERED that the debtor may avoid above referenced lien(s) and have same cancelled of record as to the property, provided the debtor is granted a discharge in this chapter 7 case.

*rev.8/1/15*