**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Max Luc Picard | Social Security number or ITIN xxx–xx–6013 |
| | First Name  Middle Name  Last Name | EIN __-_____ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN ____ <br> EIN __-_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–29038–CMG | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Max Luc Picard

1/10/20

**By the court:** Christine M. Gravelle
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                       Case No. 19-29038-CMG
Max Luc Picard                                               Chapter 7
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                Page 1 of 3            Date Rcvd: Jan 10, 2020
                              Form ID: 318               Total Noticed: 96


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2020.
db             +Max Luc Picard,    11 Albert Drive,    Old Bridge, NJ 08857-2529
cr             +Old Bridge Municipal Utilities Authority,    c/o Joel R. Glucksman, Esq.,
                 Scarinci & Hollenbeck, LLC,    1100 Valley Brook Avenue,
                 Scarinci & Hollenbeck, LLC, 1100 Valley,    Lyndhurst, NJ 07071-3620
518500274       Alliance One Receivables,    PO Box 11641,    Tacoma, WA 98411-6641
518500275      #+Alltran Financial, LP,    PO Box 610,    Sauk Rapids, MN 56379-0610
518500276      +Arrow Financial Services,    5996 W. Toughy Ave.,    Niles, IL 60714-4610
518500278      +Bank of New York,    P. O. Box 748,    Harrison, NY 10528-0748
518500281      +CACV of Colorodo,    c/o Northland Group Inc,    PO Box 390846,    Minneapolis, MN 55439-0846
518500282       Capital One,    P.O. Box 85105,    Boston, MA 02205
518500283      +Capital One Bank,    Lyons, Doughty & Veldhuis, PC,    136 Gaither Drive, Suite 100,
                 PO Box 1269,    Mount Laurel, NJ 08054-7269
518500284      +Capital One Bank,    c/o Goldman & Warshaw PC,    PO Box 2500,    Caldwell, NJ 07007-2500
518500286       Capital One Services,    c/o James West,    11111 Harwin Drive,    Houston, TX 77072-1612
518500290      +Commerce Bank,    1101 Hooper Avenue,    Toms River, NJ 08753-8324
518500295      +CubeSmart,    3464 US 9,    Freehold, NJ 07728-8569
518500294      +CubeSmart,    c/o Joseph Mann & Creed,    20600Chargrin Blvd, Suite 550,
                 Beachwood, OH 44122-5340
518500297      +Discover,    co Fein, Such, Kahn & Shepard, P.C.,    7 Century Drive Suite 201,
                 Parsippany, NJ 07054-4609
518500299      +Eder Flag Manufacturing,    Vogel and Gast, Esq.,    10 Johnston Road,    PO Box 7067,
                 Plainfield, NJ 07069-0799
518500301      +FBCS,   330 S Warminster Road,    Suite 353,    Hatboro, PA 19040-3433
518500313     ++FORSTER & GARBUS LLP,     60 VANDERBILT MOTOR PARKWAY,     P O BOX 9030,    COMMACK NY 11725-9030
               (address filed with court: Forster Garbus & Garbus,     60 Motor Parkway,
                 Commack, NY 11725-5710)
518500305      +First PREMIER Bank,    co LVNV Funding,    P.O. Box 740821,    Houston, TX 77274-0821
518500306      +First PREMIER Bank,    co FBCS,    330 S. Warminster Rd Suite 353,    Hatboro, PA 19040-3433
518500307      +First PREMIER Bank,    co Niagara Credit Soultions, Inc.,    1212 Abbot Road Suite D,
                 Buffalo, NY 14218-1900
518500310      +First Premier Bank,    Nations Recovery Center Inc,    Po Box 620130,    Atlanta, GA 30362-2130
518500311       First Premiere,    co Arrow Financial Services, LLC,    Forster Garbus & Garbus,
                 60 Motor Parkway,    Commack, NY 11725-5710
518500315      +Goldman & Warshaw PC,    PO Box 2500,    Caldwell, NJ 07007-2500
518500316      +Green Frazier & Hampton,    4164 N Dupont Highway,    Suite 12,    Dover, DE 19901-1573
518500319       Kenneth G. Timmons,    Krevsky, Silber & Bergen,    123 North Union Ave., Suite 202,    PO Box 99,
                 Cranford, NJ 07016-0099
518500321      +Laridian Consulting, LLC,    577 Hamburg Turnpike,    Wayne, NJ 07470-2042
518500322      +Middlesex County Sheriff's Office,    Foreclosure Dept,    701 Livingston Avenue,
                 New Brunswick, NJ 08901-3345
518500323       Nations Recovery Center, Inc,    PO Box 620130,    Atlanta, GA 30362-2130
518500325      +Niagara Credit Soultions, Inc.,    1212 Abbot Road,    Suite D,    Buffalo, NY 14218-1900
518500326      +Old Bridge Municipal Authority,    PO Box 1006,    South Amboy, NJ 08879-4006
518516203      +Old Bridge Municipal Utilities Authority,    Joel Glucksman, Scarinci & Hollenbeck, L,
                 1100 Valley Brook Ave., PO Box 790,    Lyndhurst, NJ 07071-0790
518500327       Optimum,    co Convergent Outsourcing, Inc,    PO Box 9004,    Renton, WA 98057-9004
518500343       PSE&G Co.,    PO Box 14444,    New Brunswick, NJ 08906-4444
518500331      +Portfolio Recovery Associates,    c/o Apothaker & Associates,    520 Fellowship Road C306,
                 Mount Laurel, NJ 08054-3410
518500333      +Premier Bank Card,    c/o Tate & Kirlin Associates,    2810 Southampton Road,
                 Philadelphia, PA 19154-1207
518500334       Premier Bank Card,    c/o NCC,    120 N Keyser Avenue,    Scranton, PA 18504-9701
518500335      +Premier Bank Card,    c/o Arrow Financial Services,    5996 W Touhy Ave,    Niles, IL 60714-4610
518500336      +Premier Bank Card Inc,    P.O. Box 129,    Thorofare, NJ 08086-0129
518500337      +Progressive Ins,    co Caine & Weiner,    5805 Sepulveda Blvd,    Attn: Bankruptcy,
                 Sherman Oaks, CA 91411-2546
518500338      +Progressive Ins,    co Caine & Weiner,    Po Box 55848,    Sherman Oaks, CA 91413-0848
518500339      +Progressive Insurance,    PO Box 31260,    Tampa, FL 33631-3260
518500342       Providian National Bank,    c/o Washington Mutual,    P.O. Box 83004,    Baltimore, MD 21283
518500344       Public Service Electric & Gas Co,    PO Box 163250,    Columbus, OH 43216-3250
518500345       Quill,   PO Box 94081,    Palatine, IL 60094-4081
518500346      +RMS,    260 E Wentworth Avenue,    Saint Paul, MN 55118-3523
518500347      +Select Portfolio Servicing,    c/o KML Law Group,    216 Haddon Ave Ste 406,
                 Collingswood, NJ 08108-2812
518500349      +Select Portfolio Servicing, Inc,    co Phelan Hallinan & Diamond & Jones, Pc,
                 400 Fellowhsip Road Suite 100,    Mount Laurel, NJ 08054-3437
518500352       State of New Jersey,    Department of Treasury,    P. O. Box 002,    Trenton, NJ 08625-0002
518500353       TSTS Total Debt Management, Inc,    PO Box 6700,    Norcross, GA 30091-6700
518500359       Violations Processing Center,    PO Box 15186,    Albany, NY 12212-5186
518500360       Vonage,    c/o EOS CCA,    PO Box 329,    Norwell, MA 02061-0329
518500361       Vonage,    916 S. 14th St.,    Dauphin, PA 17018
518500362       Washington Mutual,    PO Box 99604,    TX 76069-9604
518500363      +Worldzen Collection and Recovery LLC,    Dept 718,    PO Box 4115,    Concord, CA 94524-4115
518500364       Yellow Book Sales,    40 Richards Ave,    Norwalk, CT 06854-2319
```

```
District/off: 0312-3               User: admin              Page 2 of 3              Date Rcvd: Jan 10, 2020
                                   Form ID: 318             Total Noticed: 96


518500365        +Yellowbook Sales,   c/o Slater & Tengalia Fritz & Hunt,   301 3rd Street,
                   Ocean City, NJ 08226-4007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg               E-mail/Text: usanj.njbankr@usdoj.gov Jan 11 2020 00:31:55     U.S. Attorney,   970 Broad St.,
                   Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg              +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 11 2020 00:31:51     United States Trustee,
                   Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                   Newark, NJ 07102-5235
518500277         EDI: CINGMIDLAND.COM Jan 11 2020 04:58:00      AT&T,   PO Box 6463,
                   Carol Stream, IL 60197-6463
518500280        +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 11 2020 00:36:11
                   CACV of Colorado, LLC,   370 17th Street, Suite 5000,   Denver, CO 80202-5616
518500287         EDI: CAPITALONE.COM Jan 11 2020 04:58:00      Capital One Services,   PO Box 85520,
                   Richmond, VA 23286-9175
518500279         E-mail/Text: bcwrtoff@cablevision.com Jan 11 2020 00:32:56     Cablevision,   PO Box 371897,
                   Pittsburgh, PA 15250-7897
518500285         EDI: CAPITALONE.COM Jan 11 2020 04:58:00      Capital One Bank,   PO Box 70884,
                   Charlotte, NC 28272-0884
518500288         EDI: WFNNB.COM Jan 11 2020 04:58:00      Comenity-Lane Bryant,   PO Box 659728,
                   San Antonio, TX 78265-9728
518500289         E-mail/Text: bankruptcydepartment@tsico.com Jan 11 2020 00:32:49     Commerce Bank,
                   c/o NCO Financial Systems,   PO Box 15740,   Wilmington, DE 19850-5740
518500291        +EDI: CCS.COM Jan 11 2020 04:58:00      Credit Collection Services,   725 Canton Street,
                   Norwood, MA 02062-2679
518500293        +E-mail/PDF: creditonebknotifications@resurgent.com Jan 11 2020 00:36:01     Credit One Bank,
                   Po Box 98872,   Las Vegas, NV 89193-8872
518500292        +E-mail/PDF: creditonebknotifications@resurgent.com Jan 11 2020 00:35:17     Credit One Bank,
                   Attn: Bankruptcy Department,   Po Box 98873,   Las Vegas, NV 89193-8873
518500298         EDI: DISCOVER.COM Jan 11 2020 04:58:00      Discover,   P.O. Box 6011,   Dover, DE 19903
518500300         E-mail/Text: bknotice@ercbpo.com Jan 11 2020 00:32:03     Enhanced Recovery Corporation,
                   8014 Bayberry Road,   Jacksonville, FL 32256-7412
518500304        +EDI: AMINFOFP.COM Jan 11 2020 04:58:00      First PREMIER Bank,   3820 N Louise Ave,
                   Sioux Falls, SD 57107-0145
518500302        +EDI: AMINFOFP.COM Jan 11 2020 04:58:00      First PREMIER Bank,   Attn: Bankruptcy,
                   Po Box 5524,   Sioux Falls, SD 57117-5524
518500309        +EDI: AMINFOFP.COM Jan 11 2020 04:58:00      First Premier Bank,   601 S. Minnesota Ave.,
                   Sioux Falls, SD 57104-4868
518500303        +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 11 2020 00:37:07     First Premier Bank,
                   c/o LVNV Funding,   PO Box 10497,   Greenville, SC 29603-0497
518500308         EDI: URSI.COM Jan 11 2020 04:58:00      First Premier Bank,   c/o Alltran Financial LP,
                   PO Box 722929,   Houston, TX 77272-2929
518500312        +EDI: AMINFOFP.COM Jan 11 2020 04:58:00      First Premiere Bank,   P.O. box 5519,
                   Sioux Falls, SD 57117-5519
518500314        +EDI: CCS.COM Jan 11 2020 04:58:00      Geico,   co Credit Collection Services,
                   725 Canton Street,   Norwood, MA 02062-2679
518500317        +E-mail/Text: bkynotice@harvardcollect.com Jan 11 2020 00:33:20
                   Harvard Collection Services, Inc,   4839 N Elston Avenue,   Chicago, IL 60630-2589
518500318         EDI: IRS.COM Jan 11 2020 04:58:00      Internal Revenue Service,   Special Procedures,
                   Bankruptcy Section,   P.O. Box 724,   Springfield, NJ 07081
518500320         E-mail/Text: bncnotices@becket-lee.com Jan 11 2020 00:31:15     Kohls Payment Center,
                   P.O. Box 2983,   Milwaukee, WI 53201-2983
518500324         E-mail/Text: bankruptcydepartment@tsico.com Jan 11 2020 00:32:49     NCO Financial Systems,
                   PO Box 15740,   Wilmington, DE 19850-5740
518500328        +E-mail/Text: bcwrtoff@cablevision.com Jan 11 2020 00:32:56     Optimum,   1501 18th Ave.,
                   Belmar, NJ 07719-3721
518500330         EDI: PRA.COM Jan 11 2020 04:58:00      Portfolio Recovery Associates,   PO Box 12914,
                   Norfolk, VA 23541
518500332         EDI: PRA.COM Jan 11 2020 04:58:00      Portfolio Recovery Associates,
                   Riverside Commerce Center,   120 Corporate Blvd Ste,   Norfolk, VA 23502-4962
518500329         EDI: PINNACLE.COM Jan 11 2020 04:58:00      Pinnacle Financial Group,   7825 Wahington Avenue S,
                   Suite 410,   Minneapolis, MN 55439-2409
518500340         EDI: CHASE.COM Jan 11 2020 04:58:00      Providian,   PO Box 99604,   Arlington, TX 76096-9604
518500341        +EDI: PRA.COM Jan 11 2020 04:58:00      Providian National Bank,   c/o Portfolio Recovery Assoc.,
                   P.O. Box 12914,   Norfolk, VA 23541-0914
518500348        +E-mail/Text: jennifer.chacon@spservicing.com Jan 11 2020 00:33:18
                   Select Portfolio Servicing, Inc,   Po Box 65250,   Salt Lake City, UT 84165-0250
518500351        +E-mail/Text: home.fss-bankruptcy.934c00@statefarm.com Jan 11 2020 00:32:12
                   State Farm Insurance,   100 State FArm Place,   Ballston Spa, NY 12020-3722
518500350         E-mail/Text: home.fss-bankruptcy.934c00@statefarm.com Jan 11 2020 00:32:12
                   State Farm Insurance,   P. O. Box 830854,   Birmingham, AL 35283-0854
518500355        +EDI: VERIZONCOMB.COM Jan 11 2020 04:53:00      Verizon,   Verizon Wireless Bk Admin,
                   500 Technology Dr Ste 550,   Weldon Springs, MO 63304-2225
518500356        +E-mail/Text: bkynotice@harvardcollect.com Jan 11 2020 00:33:20     Verizon,
                   c/o Harvard Collection Services,   4839 N. Elston Avenue,   Chicago, IL 60630-2534
518500354         EDI: MID8.COM Jan 11 2020 04:58:00      Verizon,   c/o Midland Credit Management, Inc,
                   PO Box 60578,   Los Angeles, CA 90060-0578
518500358        +EDI: VERIZONCOMB.COM Jan 11 2020 04:53:00      Verizon,   500 Technology Dr,
                   Weldon Spring, MO 63304-2225
```

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Jan 10, 2020
                              Form ID: 318             Total Noticed: 96
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
518500357       +EDI: VERIZONCOMB.COM Jan 11 2020 04:53:00      Verizon,    P.O. Box 4833,
                 Trenton, NJ 08650-4833
                                                                                             TOTAL: 39

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518500296      ##+Deily, Mooney & Glastetter, LLP,   8 Thurlow Terrace,   Albany, NY 12203-1006
                                                                                  TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2020 at the address(es) listed below:
```
              Bunce Atkinson    bunceatkinson@aol.com, NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,
               atkinson@remote7solutions.com
              Bunce Atkinson    on behalf of Trustee Bunce  Atkinson bunceatkinson@aol.com,  NJ09@ecfcbis.com,
               maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New
               York, as successor Trustee Et Al... dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Jill Manzo    on behalf of Creditor    Select Portfolio Servicing, Inc., as servicer for THE BANK
               OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK,
               N.A., AS TRUSTEE FOR BEAR STEARNS ASSET BACKED S bankruptcy@feinsuch.com
              Joel R. Glucksman    on behalf of Creditor    Old Bridge Municipal Utilities Authority
               jglucksman@sh-law.com, rjoyce@sh-law.com
              Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of
               New York, as successor Trustee Et Al... kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Debtor Max Luc Picard woliver@oliverandlegg.com,
               R59915@notify.bestcase.com
                                                                                              TOTAL: 8
```